# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In Re: Ormond Bar BQ Inc., Debtor.**

**MARIE E. HENKEL,**
**as Trustee for the Estate of Ormond Bar BQ, Inc.**
        **Plaintiff,**

**-vs-**                                    **Case No. 6:09-cv-1791-Orl-31DAB**

**JEAN A. CORR,**

        **Defendant.**

## ORDER

Upon consideration of the Defendant's Motion to Withdraw Reference (Doc. 5), it is **ORDERED** that the Motion is **GRANTED** in part. The Court will withdraw the reference **only** as to the jury trial of this matter.

The jury trial of this matter is scheduled for the trial docket beginning **MONDAY, JULY 5, 2010 at 9:00 a.m.** The pre-trial statement is due June 15, 2009 and the pre-trial conference is scheduled for **TUESDAY, JUNE 22, 2010, at 4:00 p.m.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 20, 2010.

                                              GREGORY A. PRESNELL
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party